UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Receiver for StratFS, LLC (f/k/a Strategic Financial Solutions, LLC), et al.,<br><br>Plaintiff,<br><br>vs.<br><br>ICE LEGAL, P.A., a Florida Profit Corporation, THOMAS ICE, an individual, and ARIANE ICE, an individual,<br><br>Defendants. | Case No.<br>1:25-CV-00275 |

**NOTICE OF JOINED RULE 12 MOTIONS:**
**MOTION FOR MORE DEFINITE STATEMENT; MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENT PROCESS, ON THE GROUNDS THAT CLAIMS MUST BE ARBITRATED, AND FAILURE TO STATE A CLAIM; AND MOTION TO STRIKE;**

**AND IN THE ALTERNATIVE, MOTION TO STAY THE PROCEEDINGS**

**ORAL ARGUMENT REQUESTED**
**NOTICE OF INTENT TO FILE REPLY**

| | |
|---|---|
| Moving Parties: | Defendants, Ice Legal, P.A., Thomas Ice and Ariane Ice |
| Date and Time | To be determined by the Court. |
| Place: | Robert H. Jackson United States Courthouse<br>2 Niagara Square, Buffalo, New York 14202 |
| Supporting Papers: | Memorandum in Support of Joined Rule 12 Motions: Motion for More Definite Statement; Motions to Dismiss for Lack of Personal Jurisdiction and Insufficient Process, on the Grounds that Claims Must Be Arbitrated, and Failure to State a Claim; and Motion to Strike; and in the Alternative, |

|  |  |
|---|---|
|  | Motion to Stay the Proceedings; with attached exhibits. |
| Answering Papers: | To be filed on a schedule determined by the Court. The moving parties intend to file a reply. |
| Relief Requested: | 1. An order requiring the filing of a more definite statement. |
|  | 2. An order dismissing the case for lack of personal jurisdiction and insufficient process. |
|  | 3. An order dismissing the case on the grounds that the claims must be arbitrated. |
|  | 4. An order dismissing all or portions of claims for failure to state a claim. |
|  | 5. An order striking certain statements from the Complaint. |
|  | 6. In the alternative, and without waiving jurisdictional objections, an order staying the proceedings. |
| Grounds For Relief: | 1. Rule 12(e) Fed. R. Civ. P. |
|  | 2. Rules 12(b)(2), 12(b)(4) Fed. R. Civ. P. |
|  | 3. Rules 12(b)(1), 12(b)(3), 12(b)(6) Fed. R. Civ. P., Federal Arbitration Act |
|  | 4. Rule 12(b)(6) Fed. R. Civ. P. |
|  | 5. Rule 12(f) Fed. R. Civ. P. |
|  | 6. The Court's inherent authority. |
| Oral Argument: | The Defendants request oral argument. |

Dated: May 1, 2025

                              **Lundergan Legal, LLC**

                              <u>*/s/ Amanda L. Lundergan*</u>

Amanda L. Lundergan, Esq.
Post Office Box 211474
Royal Palm Beach, FL 33421
Direct: (561) 779-4126
Assistant: (561) 629-2643
Email: amanda@lunderganlegal.com

*Attorneys for Defendants,*
*Ice Legal, P.A., Thomas Ice and*
*Ariane Ice*