# EXHIBIT 3

**MEMORANDUM IN SUPPORT OF JOINED RULE 12 MOTIONS:**

**MOTION FOR MORE DEFINITE STATEMENT; MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENT PROCESS, ON THE GROUNDS THAT CLAIMS MUST BE ARBITRATED, AND FAILURE TO STATE A CLAIM; AND MOTION TO STRIKE;**

**AND IN THE ALTERNATIVE, MOTION TO STAY THE PROCEEDINGS**

**Comparison of "Receivership Entities" identified as "Parties" in the Complaint and Entities named in the TRO[1] and PI[2]**

| | "Receivership Entities" in Complaint | "Corporate Defendants" and "Relief Defendants" under TRO ("Relief Defendants" in blue) | "Corporate Defendants" and "Relief Defendants" under PI ("Relief Defendants" in blue) |
|---|---|---|---|
| 1. | StratFS, LLC (f/k/a Strategic Financial Solutions, LLC) | Stratfs, LLC (f/k/a Strategic Financial Solutions, LLC) | Stratfs, LLC (f/k/a Strategic Financial Solutions, LLC) |
| 2. | Strategic Client Support, LLC (f/k/a Pioneer Client Services, LLC) | Strategic Client Support, LLC | Strategic Client Support, LLC |
| 3. | Strategic CS, LLC | Strategic CS, LLC | Strategic CS, LLC |
| 4. | Strategic FS Buffalo, LLC | Strategic FS Buffalo, LLC | Strategic FS Buffalo, LLC |
| 5. | Strategic NYC, LLC | Strategic NYC, LLC | Strategic NYC, LLC |
| 6. | BCF Capital, LLC | BCF Capital, LLC | BCF Capital LLC |
| 7. | T Fin, LLC | T Fin, LLC | T Fin, LLC |
| 8. | Strategic Consulting, LLC | Strategic Consulting, LLC | Strategic Consulting, LLC |
| 9. | Versara Lending, LLC | Versara Lending, LLC | Versara Lending, LLC |
| 10. | Strategic Family, Inc. | Strategic Family, Inc. | Strategic Family, Inc. |
| 11. | Anchor Client Services, LLC (now known as CS 1 Paas Services, LLC) | Anchor Client Services, LLC | Anchor Client Services, LLC |
| 12. | Bedrock Client Services, LLC | Bedrock Client Services, LLC | Bedrock Client Services, LLC |
| 13. | Boulder Client Services, LLC | Boulder Client Services, LLC | Boulder Client Services, LLC |
| 14. | Canyon Client Services, LLC | Canyon Client Services, LLC | Canyon Client Services, LLC |
| 15. | Carolina Client Services, LLC | Carolina Client Services, LLC | Carolina Client Services, LLC |
| 16. | Great Lakes Client Services, LLC | Great Lakes Client Services, LLC | Great Lakes Client Services, LLC |
| 17. | Guidestone Client Services, LLC | Guidestone Client Services, LLC | Guidestone Client Services, LLC |
| 18. | Harbor Client Services, LLC | Harbor Client Services, LLC | Harbor Client Services, LLC |
| 19. | Heartland Client Services, LLC | Heartland Client Services, LLC | Heartland Client Services, LLC |
| 20. | Monarch Client Services, LLC (now known as CS 2 Paas Services, LLC) | Monarch Client Services, LLC | Monarch Client Services, LLC |
| 21. | Newport Client Services, LLC | Newport Client Services, LLC | Newport Client Services, LLC |

| | "Receivership Entities" in Complaint | "Corporate Defendants" and "Relief Defendants" under TRO ("Relief Defendants" in blue) | "Corporate Defendants" and "Relief Defendants" under PI ("Relief Defendants" in blue) |
|---|---|---|---|
| 22. | Northstar Client Services, LLC | Northstar Client Services, LLC | Northstar Client Services, LLC |
| 23. | Option 1 Client Services, LLC | Option 1 Client Services, LLC | Option 1 Client Services, LLC |
| 24. | Pioneer Client Servicing, LLC | Pioneer Client Servicing, LLC | Pioneer Client Servicing, LLC |
| 25. | Rockwell Client Services, LLC | Rockwell Client Services, LLC | Rockwell Client Services, LLC |
| 26. | Royal Client Services, LLC | Royal Client Services, LLC | Royal Client Services, LLC |
| 27. | Stonepoint Client Services, LLC | Stonepoint Client Services, LLC | Stonepoint Client Services, LLC |
| 28. | Summit Client Services, LLC (now known as CS 3 Paas Services, LLC) | Summit Client Services, LLC | Summit Client Services, LLC |
| 29. | Whitestone Client Services, LLC | Whitestone Client Services, LLC | Whitestone Client Services, LLC |
| 30. | Twist Financial, LLC | Twist Financial, LLC | Twist Financial, LLC |
| 31. | Duke Enterprises, LLC | Duke Enterprises, LLC | Duke Enterprises, LLC |
| 32. | Blaise Investments, LLC | Blaise Investments, LLC | Blaise Investments, LLC |
| 33. | Lit Def Strategies, LLC | Lit Def Strategies, LLC | Lit Def Strategies, LLC |
| 34. | Relialit, LLC | Relialit, LLC | Relialit, LLC |
| 35. | Atlas Debt Relief, LLC | | Atlas Debt Relief, LLC |
| 36. | Timberline Financial, LLC | | Timberline Financial, LLC |
| 37. | Acorn 21 Services, LLC | | |
| 38. | Atlas Client Services, LLC | | |
| 39. | Chinn Client Services, LLC | | |
| 40. | Cs0621Jade, LLC | | |
| 41. | Cs0821Creek, LLC | | |
| 42. | Cseternal1121, LLC | | |
| 43. | Csstorm1121, LLC | | |
| 44. | Gardner Client Services, LLC | | |
| 45. | Hallock Client Services, LLC | | |
| 46. | Spring Client Services, LLC | | |
| 47. | Fidelis Legal Support Services, LLC | | |
| 48. | Hedgewick Consulting, LLC | | |
| 49. | The Blust Family 2019 Irrevocable Trust Through Paul Hull, Jr., Trustee | | |

| | "Receivership Entities" in Complaint | "Corporate Defendants" and "Relief Defendants" under TRO ("Relief Defendants" in blue) | "Corporate Defendants" and "Relief Defendants" under PI ("Relief Defendants" in blue) |
|---|---|---|---|
| 50. | The Bush Lake Trust Through Timothy Miller, Trustee | | |
| 51. | Cell Gramercy 2 of Contego Insurance, Inc. | | |
| 52. | Strategic LD, LLC | | |
| 53. | Versara DST 2019-2 | | |
| 54. | Fusion Services, LLC | | |
| 55. | Axel Development Sag Harbor LLC | | |
| 56. | MyG Investments, LLC | | |
| 57. | T.C.I.G., LLC | | |
| 58. | Timberline Capital LLC. | | |
| | | Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee | Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee |

---

[1] *Ex Parte* Temporary Restraining Order with an Asset Freeze, Appointment of a Receiver, and Other Equitable Relief, dated January 11, 2024 (CFPB case, Dkt. 12).

[2] Preliminary Injunction, dated March 4, 2024 (CFPB case, Dkt. 184).