# EXHIBIT 4

**MEMORANDUM IN SUPPORT OF JOINED RULE 12 MOTIONS:**

**MOTION FOR MORE DEFINITE STATEMENT; MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENT PROCESS, ON THE GROUNDS THAT CLAIMS MUST BE ARBITRATED, AND FAILURE TO STATE A CLAIM; AND MOTION TO STRIKE;**

**AND IN THE ALTERNATIVE, MOTION TO STAY THE PROCEEDINGS**

| Name | Owners | State |
|---|---|---|
| A. Florio & Associates, PLLC d/b/a Bedrock Legal Group | Amber Florio; James Agosto | Texas |
| Anchor Law Firm, PLLC d/b/a Law Offices of Stacy Robinson and Associates | Tom Rogus; Stacy Robinson | Arkansas |
| Boulder Legal Group, LLC | Richard Gustafson; Camron Hoorfar | Missouri |
| Burnette Legal Group, LLC d/b/a Monarch Legal Group | Timothy Burnette | Illinois |
| Chabner Legal & Associates, LLP d/b/a Golden Law | Kelly Sibert; Brandon Chabner | California |
| Chinn Legal Group, LLC d/b/a Slate Legal Group | Donald Norris; Valerie Chinn | Georgia |
| Colonial Law Group, LLC | Craig Horvath | Pennsylvania |
| Cornerstone Legal Group, LLC | Jason Blust, Arne Skatrud | Wisconsin |
| Credit Advocates Law Firm, LLC | Jason Blust; Adela Estopinan | Florida |
| Donald Norris Associates, PLLC d/b/a Stonepoint Legal Group | Donald Norris | Nevada |
| Dubin Legal Group, LLC d/b/a Ascend Legal Group | Jerome Dubin | Missouri |
| Frontier Consumer Law Group, LLC | Lori Leigh | Michigan |
| Gardner Legal LLC d/b/a Option 1 Legal | Phiona Gardner; Timothy Burnette | Michigan |
| Great Lakes Law Firm, LLC | Guillermo Geisse; Crystal Banse | Wisconsin |
| Greene Legal Group LLC d/b/a Newport Legal Group | Taylor Greene; Jerome Dubin | Massachusetts |
| Hallock & Associates, LLC | Michael Hallock, Michelle Hinds | Ohio |
| Harbor Legal Group, LLC | George Anthony Yuthas | Colorado |
| Henry Legal Group, LLP d/b/a Heartland Legal Group | Sequara Henry; Timothy Burnette | Michigan |
| Heiser Legal Group, LLC d/b/a Glacier Bay Law | Michael Heiser; Kelly Sibert | Alaska |
| Hodyno & Associates, PLLC d/b/a Rockwell Legal Group | DesaRee Tucker; Craig Horvath | Arizona |
| JMS Industries, LLC d/b/a Canyon Legal Group, LLC ; also d/b/a Jon Schulte & Associates, LLC | Richard Gustafson; Jon Schulte | Indiana |
| Law Office of Melissa Michel LLC d/b/a Spring Legal Group | Michelle Hinds; Melissa Michel | Georgia |
| Law Office of Amber Florio, PLLC d/b/a Commonwealth Law Group | Amber Florio; Tom Rogus | Texas |
| Lighthouse Tax and Financial, LLP | Jason Blust; Guilermo Geisse; Adela Estopinan | California |
| Moore Legal Group LLC d/b/a Meadowbrook Legal Group | Brian Moore, Richard Guastafson | New Jersey |
| Northstar Legal Group LLC | James Agosto; Mercedes Gustafson | Minnesota |
| Phoenix Legal Group, PLLC | Lori Leigh | Michigan |
| Pioneer Law Firm, P.C. | Mark Sheer; Jason Blust | Colorado |
| Royal Legal Group, LLC | David Graham; Donald Norris | Kansas |
| Stevens & Associates, PLLC d/b/a Regency Legal Group | Mickey Stevens & Kelly Sibert | Arkansas |
| Strong Law Group, PLLC | Don Strong; David Gallagher | Oklahoma |
| The Brian A Moore Law Firm LLC d/b/a Guidestone Law Group | Brian Moore, Michelle Hinds | Georgia |

| | | |
|---|---|---|
| The Fontana Law Group, LLC d/b/a Crimson Legal Group | Christine Fontana; Adela Estopinan | Alabama |
| The Sands Law Group, LLP d/b/a Whitestone Legal Group | Jason Agosto; Thomas Sands | California |
| Turnbull Law Group, LLC | Christiopher Turnbull | Illinois |
| Turnbull Law Group NJ LLC | Christopher Turnbull | New Jersey |
| Turnbull Law Group SC, LLC | Christopher Turnbull; Justin Moore | South Carolina |
| Turnbull Law Group, LLP | Christopher Turnbull; Farrell Goodman | Illinois |
| Watson Law, LLC | Michelle Lee Watson; David Gallagher | Pennsylvania |
| Wyolaw, LLC, d/b/a Summit Law Firm | Guillermo Geisse; Mark Sheer | Wyoming |