# EXHIBIT 5

**MEMORANDUM IN SUPPORT OF JOINED RULE 12 MOTIONS:**

**MOTION FOR MORE DEFINITE STATEMENT; MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENT PROCESS, ON THE GROUNDS THAT CLAIMS MUST BE ARBITRATED, AND FAILURE TO STATE A CLAIM; AND MOTION TO STRIKE;**

**AND IN THE ALTERNATIVE, MOTION TO STAY THE PROCEEDINGS**

# The Receiver Stands in the Shoes of Less than a Third of Ice Legal Clients

Yellow Text = *See*, ¶ 18 of Complaint (Strategic Family, Inc. missing); ⚖ = Entities sued by Ice Legal consumer clients

Highlighted in green = identified as "Strategic Parties" ¶3 of Complaint.

