# EXHIBIT 7

**MEMORANDUM IN SUPPORT OF JOINED RULE 12 MOTIONS:**

**MOTION FOR MORE DEFINITE STATEMENT; MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENT PROCESS, ON THE GROUNDS THAT CLAIMS MUST BE ARBITRATED, AND FAILURE TO STATE A CLAIM; AND MOTION TO STRIKE;**

**AND IN THE ALTERNATIVE, MOTION TO STAY THE PROCEEDINGS**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Receiver for StratFS, LLC (f/k/a Strategic Financial Solutions, LLC), et al., | Case No. 1:25-CV-00275 |
| Plaintiff, | |
| vs. | |
| ICE LEGAL, P.A., a Florida Profit Corporation, THOMAS ICE, an individual, and ARIANE ICE, an individual, | |
| Defendants. | |

### DECLARATION OF DEFENDANT, ARIANE ICE

I, Ariane Ice, state as follows:

1. I submit this declaration in support of the Joined Rule 12 Motions: Motion for More Definite Statement; Motions to Dismiss for Lack of Personal Jurisdiction and Insufficient Process, on the Grounds that Claims Must Be Arbitrated, and Failure to State a Claim; and Motion to Strike; and in the Alternative, Motion to Stay the Proceedings ("Motions").

2. I have been domiciled in New Hampshire for more than seven years.

3. I have personal knowledge of the domicile of Thomas Ice, my spouse who lives with me. He has been domiciled in New Hampshire for more than seven years.

4. As an attorney with Ice Legal, P.A., I have access to the retainer agreement and related documents. The document referenced as Exhibit 4 to the Memorandum in Support of the

1

2

Motions, is a true and correct copy of the list of law firm clients referenced in the Engagement Agreement, p. 7 (attached to Plaintiff's Complaint).

5.	The document referenced as Exhibit 6 to the Memorandum in Support of the Motions, is a true and correct copy of Pacer's Nationwide Case Locator showing "no results" for a search for a New Hampshire notice filed by the Receiver in this case as required by 28 U.S.C. § 754.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

Executed on May 1, 2025.

_____
Ariane Ice