# EXHIBIT 9

**MEMORANDUM IN SUPPORT OF JOINED RULE 12 MOTIONS:**

**MOTION FOR MORE DEFINITE STATEMENT; MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENT PROCESS, ON THE GROUNDS THAT CLAIMS MUST BE ARBITRATED, AND FAILURE TO STATE A CLAIM; AND MOTION TO STRIKE;**

**AND IN THE ALTERNATIVE, MOTION TO STAY THE PROCEEDINGS**

## Comparison of Entities

| | "Receivership Entities" in Complaint | | The 17 "Receivership Entities" alleged to have been Ice Legal clients (¶18) | | The entities sued by Ice Legal consumer clients |
|---|---|---|---|---|---|
| 1. | StratFS, LLC (f/k/a Strategic Financial Solutions, LLC) | 1. | Strategic Financial Solutions, LLC | 1. | Strategic Financial Solutions, LLC |
| 2. | Strategic Client Support, LLC (f/k/a Pioneer Client Services, LLC) | 2. | Strategic Client Support, LLC | 2. | Strategic Client Support, LLC |
| 3. | Strategic CS, LLC | 3. | Strategic CS, LLC | | |
| 4. | Strategic FS Buffalo, LLC | | | | |
| 5. | Strategic NYC, LLC | | | | |
| 6. | BCF Capital, LLC | | | | |
| 7. | T Fin, LLC | 4. | T Fin, LLC | | |
| 8. | Strategic Consulting, LLC | 5. | Strategic Consulting, LLC | | |
| 9. | Versara Lending, LLC | 6. | Versara Lending, LLC | | |
| 10. | Strategic Family, Inc. | | | | |
| 11. | Anchor Client Services, LLC (now known as CS 1 Paas Services, LLC) | 7. | Anchor Client Services, LLC | 3. | Anchor Client Services, LLC |
| 12. | Bedrock Client Services, LLC | | | | |
| 13. | Boulder Client Services, LLC | 8. | Boulder Client Services, LLC | | |
| 14. | Canyon Client Services, LLC | 9. | Canyon Client Services, LLC | | |
| 15. | Carolina Client Services, LLC | | | | |
| 16. | Great Lakes Client Services, LLC | | | | |
| 17. | Guidestone Client Services, LLC | | | | |
| 18. | Harbor Client Services, LLC | | | | |
| 19. | Heartland Client Services, LLC | 10. | Heartland Client Services, LLC | | |
| 20. | Monarch Client Services, LLC (now known as CS 2 Paas Services, LLC) | | | | |

1

|  | "Receivership Entities" in Complaint |  | The 17 "Receivership Entities" alleged to have been Ice Legal clients (¶18) |  | The entities sued by Ice Legal consumer clients |
|---|---|---|---|---|---|
| 21. | Newport Client Services, LLC |  |  |  |  |
| 22. | Northstar Client Services, LLC |  |  |  |  |
| 23. | Option 1 Client Services, LLC |  |  |  |  |
| 24. | Pioneer Client Servicing, LLC |  |  |  |  |
| 25. | Rockwell Client Services, LLC | 11. | Rockwell Client Services, LLC |  |  |
| 26. | Royal Client Services, LLC |  |  |  |  |
| 27. | Stonepoint Client Services, LLC |  |  |  |  |
| 28. | Summit Client Services, LLC (now known as CS 3 Paas Services, LLC) | 12. | Summit Client Services, LLC | 4. | Summit Client Services, LLC |
| 29. | Whitestone Client Services, LLC |  |  |  |  |
| 30. | Twist Financial, LLC |  |  |  |  |
| 31. | Duke Enterprises, LLC |  |  |  |  |
| 32. | Blaise Investments, LLC |  |  |  |  |
| 33. | Lit Def Strategies, LLC | 13. | Litigation Defense Strategies, LLC. (?) |  |  |
| 34. | Relialit, LLC |  |  |  |  |
| 35. | Atlas Debt Relief, LLC | 14. | Atlas Debt Relief, LLC |  |  |
| 36. | Timberline Financial, LLC | 15. | Timberline Financial, LLC |  |  |
| 37. | Acorn 21 Services, LLC |  |  |  |  |
| 38. | Atlas Client Services, LLC |  |  |  |  |
| 39. | Chinn Client Services, LLC |  |  |  |  |
| 40. | Cs0621Jade, LLC |  |  |  |  |
| 41. | Cs0821Creek, LLC |  |  |  |  |
| 42. | Cseternal1121, LLC |  |  |  |  |
| 43. | Csstorm1121, LLC |  |  |  |  |
| 44. | Gardner Client Services, LLC |  |  |  |  |
| 45. | Hallock Client Services, LLC |  |  |  |  |

|     | "Receivership Entities" in Complaint |     | The 17 "Receivership Entities" alleged to have been Ice Legal clients (¶18) |     | The entities sued by Ice Legal consumer clients |
| --- | --- | --- | --- | --- | --- |
| 46. | Spring Client Services, LLC |  |  |  |  |
| 47. | Fidelis Legal Support Services, LLC |  |  |  |  |
| 48. | Hedgewick Consulting, LLC | 16. | Hedgewick, LLC (?) |  |  |
| 49. | The Blust Family 2019 Irrevocable Trust Through Paul Hull, Jr., Trustee |  |  |  |  |
| 50. | The Bush Lake Trust Through Timothy Miller, Trustee |  |  |  |  |
| 51. | Cell Gramercy 2 of Contego Insurance, Inc. |  |  |  |  |
| 52. | Strategic LD, LLC | 17. | Strategic LD, LLC |  |  |
| 53. | Versara DST 2019-2 |  |  |  |  |
| 54. | Fusion Services, LLC |  |  |  |  |
| 55. | Axel Development Sag Harbor LLC |  |  |  |  |
| 56. | MyG Investments, LLC |  |  |  |  |
| 57. | T.C.I.G., LLC |  |  |  |  |
| 58. | Timberline Capital LLC. |  |  |  |  |
|  |  |  |  | 5. | Anchor Law Firm, PLLC |
|  |  |  |  | 6. | Andrew Carroll |
|  |  |  |  | 7. | Anthony J. Spinalli |
|  |  |  |  | 8. | Arturo Velenzuela |
|  |  |  |  | 9. | Brandt Hodyno |
|  |  |  |  | 10. | Boulder Legal Group, LLC |
|  |  |  |  | 11. | Camron Hoofar |
|  |  |  |  | 12. | Christopher Swanick |
|  |  |  |  | 13. | Cory Mattocks |
|  |  |  |  | 14. | Denis Giacomo Vilella |
|  |  |  |  | 15. | Daniel Camacho |
|  |  |  |  | 16. | Daniel Ruggiero |
|  |  |  |  | 17. | F Solutions, LLC |
|  |  |  |  | 18. | George Woods |
|  |  |  |  | 19. | Global Client Solutions, LLC |
|  |  |  |  | 20. | Global Holdings, LLC |

| "Receivership Entities" in Complaint | The 17 "Receivership Entities" alleged to have been Ice Legal clients (¶18) | | The entities sued by Ice Legal consumer clients |
|---|---|---|---|
| | | 21. | Guillermo Geise |
| | | 22. | Hitesh Gandhi |
| | | 23. | Inez Williams |
| | | 24. | James Gleason |
| | | 25. | Jason Blust |
| | | 26. | James Katayanagi |
| | | 27. | Javon Hillman |
| | | 28. | Kevin Wang |
| | | 29. | Kimberley Celic |
| | | 30. | Lauren Montanile |
| | | 31. | Law Offices of Camron Hoorfar, PC, |
| | | 32. | Law Offices of Stacy Robinson, PLLC; |
| | | 33. | Linda Tuttle |
| | | 34. | Marie Aragon |
| | | 35. | Mari Marquart |
| | | 36. | MEC Distribution, LLC |
| | | 37. | Michael Harper |
| | | 38. | Michael DeCoste |
| | | 39. | Patrick Wilczak |
| | | 40. | Philip Stein |
| | | 41. | Rendy Lemke |
| | | 42. | Richard Gustafson |
| | | 43. | Robin Lasky |
| | | 44. | Ryan Sasson |
| | | 45. | Sarah Flores |
| | | 46. | Stacey Robinson |
| | | 47. | Sunshine Signing Connection Inc. |
| | | 48. | Thomas Rogus |
| | | 49. | Timothy Burnette |
| | | 50. | Troy Hinds |
| | | 51. | Vanessa Wallace |
| | | 52. | Velsa Holdings, LLC |
| | | 53. | Wendy Lee Burney |
| | | 54. | Wyolaw LLC |