EXHIBIT B



6586 Hypoluxo Road ~ Suite 350
Lake Worth, FL 33467
www.icelegal.com

# INVOICE

DATE: 3/14/2021

FOR:
Strategic Family, Inc.
Hedgewick, LLC
Litigation Defense
Strategies, LLC
MEC Distribution, LLC

AMOUNT:$500,000.00

Initial Payment upon signing of agreement



6586 Hypoluxo Road ~ Suite 350
Lake Worth, FL 33467
www.icelegal.com

# INVOICE

DATE: 7/2/2021

FOR:
Strategic Family, Inc.
Hedgewick, LLC
Litigation Defense
Strategies, LLC, MEC
Distribution, LLC

AMOUNT: $250,000.00

Due on or before 7/15/21



6586 Hypoluxo Road ~ Suite 350
Lake Worth, FL 33467
www.icelegal.com

# INVOICE

DATE: 11/4/2021

FOR:
Strategic Family, Inc.
Hedgewick, LLC
Litigation Defense
Strategies, LLC, MEC
Distribution, LLC

AMOUNT: $250,000.00

Due on or before 11/15/21

**Ice Legal, P.A.**
6586 HYPOLUXO ROAD, SUITE 350, LAKE WORTH, FL 33467 • TELEPHONE (561) 729-0530



6586 Hypoluxo Road ~ Suite 350
Lake Worth, FL 33467
www.icelegal.com

# INVOICE

DATE: 2/1/2022

FOR:
Strategic Family, Inc.
Hedgewick, LLC
Litigation Defense
Strategies, LLC, MEC
Distribution, LLC

AMOUNT: $250,000.00

Due on or before 2/15/2022



6586 Hypoluxo Road ~ Suite 350
Lake Worth, FL 33467
www.icelegal.com

# INVOICE

DATE: 4/1/2022

FOR:
Strategic Family, Inc.
Hedgewick, LLC
Litigation Defense
Strategies, LLC, MEC
Distribution, LLC

AMOUNT: $250,000.00

Due on or before 4/15/2022

**Ice Legal, P.A.**
6586 HYPOLUXO ROAD, SUITE 350, LAKE WORTH, FL 33467 • TELEPHONE (561) 729-0530



6586 Hypoluxo Road ~ Suite 350
Lake Worth, FL 33467
www.icelegal.com

# INVOICE

DATE: 6/30/2022

FOR:
Strategic Family, Inc.
Hedgewick, LLC
Litigation Defense
Strategies, LLC, MEC
Distribution, LLC

AMOUNT: $250,000.00

Due on or before 7/15/2022

**Ice Legal, P.A.**
6586 HYPOLUXO ROAD, SUITE 350, LAKE WORTH, FL 33467 • TELEPHONE (561) 729-0530



6586 Hypoluxo Road ~ Suite 350
Lake Worth, FL 33467
www.icelegal.com

# INVOICE

DATE: 11/1/2022

FOR:
Strategic Family, Inc.
Hedgewick, LLC
Litigation Defense
Strategies, LLC, MEC
Distribution, LLC

AMOUNT: $250,000.00

Due on or before 11/15/2022

**Ice Legal, P.A.**
6586 HYPOLUXO ROAD, SUITE 350, LAKE WORTH, FL 33467 • TELEPHONE (561) 729-0530



6586 Hypoluxo Road ~ Suite 350
Lake Worth, FL 33467
www.icelegal.com

# INVOICE

DATE: 2/1/2023

FOR:
Strategic Family, Inc.
Hedgewick, LLC
Litigation Defense
Strategies, LLC, MEC
Distribution, LLC

AMOUNT: $156,250.00

Due on or before 2/15/2023



6586 Hypoluxo Road ~ Suite 350
Lake Worth, FL 33467
www.icelegal.com

# INVOICE

DATE: 3/31/2023

FOR:
Strategic Family, Inc.
Hedgewick, LLC
Litigation Defense
Strategies, LLC, MEC
Distribution, LLC

AMOUNT: $156,250.00

Due on or before 4/15/2023



6586 Hypoluxo Road ~ Suite 350
Lake Worth, FL 33467
www.icelegal.com

# INVOICE

DATE: 6/29/2023

FOR:
Strategic Family, Inc.
Hedgewick, LLC
Litigation Defense
Strategies, LLC, MEC
Distribution, LLC

AMOUNT: $156,250.00

Due on or before 7/15/2023

**Ice Legal, P.A.**
6586 HYPOLUXO ROAD, SUITE 350, LAKE WORTH, FL 33467 • TELEPHONE (561) 729-0530



6586 Hypoluxo Road ~ Suite 350
Lake Worth, FL 33467
www.icelegal.com

# INVOICE

DATE: 10/31/2023

FOR:
Strategic Family, Inc.
Hedgewick, LLC
Litigation Defense
Strategies, LLC, MEC
Distribution, LLC

AMOUNT: $156,250.00

Due on or before 11/15/2023



6586 Hypoluxo Road ~ Suite 350
Lake Worth, FL 33467
www.icelegal.com

# INVOICE

DATE: 01/31/2024

FOR:
Strategic Family, Inc.
Hedgewick, LLC
Litigation Defense
Strategies, LLC, MEC
Distribution, LLC

AMOUNT: $156,250.00

Due on or before 02/15/2024

**Ice Legal, P.A.**
6586 HYPOLUXO ROAD, SUITE 350, LAKE WORTH, FL 33467 • TELEPHONE (561) 729-0530



6586 Hypoluxo Road ~ Suite 350
Lake Worth, FL 33467
www.icelegal.com

# INVOICE

DATE: 03/31/2024

FOR:
Strategic Family, Inc.
Hedgewick, LLC
Litigation Defense
Strategies, LLC, MEC
Distribution, LLC

AMOUNT: $156,250.00
+ Past Due $156,250.00
Total = $312,500.00

Due on or before 04/15/2024

**Ice Legal, P.A.**
6586 HYPOLUXO ROAD, SUITE 350, LAKE WORTH, FL 33467 • TELEPHONE (561) 729-0530