EXHIBIT C



May 11, 2021

Consulting work for Strategic Family, Inc., Hedgewick, LLC., Litigation Defense Strategies, LLC., & MEC Distribution, LLC. for March & April 2021.

| Timekeeper | Date | Description | Time |
|---|---|---|---|
| TEI | 03/25/2021 | Prep for and attend initial meeting with clients. | 1 |
| AMI | 03/25/2021 | Email JB and ML re: document access | 0.1 |
| AMI | 03/25/2021 | Prep for and attend initial meeting with clients. | 1 |
| AMI | 03/29/2021 | Email to JB and ML re: followup document access; review response | 0.1 |
| AMI | 04/01/2021 | Email to TE re: document access | 0.1 |
| AMI | 04/05/2021 | Email to TE re: document access | 0.1 |
| AMI | 04/06/2021 | Email to TE re: document access | 0.1 |
| AMI | 04/07/2021 | Discussion with Tim Elliot 4/7 | 0.2 |
| TEI | 04/07/2021 | Meeting with TE | 0.1 |
| AMI | 04/07/2021 | Meeting with TE | 0.1 |
| AMI | 04/08/2021 | Review email with deposition link from S. Edwards | 0.1 |
| AMI | 04/10/2021 | Review and organize document repository | 6 |
| TEI | 04/11/2021 | Discuss review of document repository and review case files in preparation for outline. | 2.2 |
| AMI | 04/11/2021 | Discuss review of document repository and review case files in preparation for outline. | 2.2 |
| AMI | 04/14/2021 | Read through depositions | 6.1 |
| AMI | 04/15/2021 | Read through depositions | 7.5 |
| TEI | 04/15/2021 | Work on draft of issue outline | 5.2 |
| TEI | 04/16/2021 | Work on draft of issue outline | 6.1 |
| TEI | 04/17/2021 | Work on draft of issue outline | 4.8 |
| TEI | 04/19/2021 | Meet to review and finalize draft; edit and review of outline of issues; send to client. | 1.5 |
| AMI | 04/19/2021 | Meet to review and finalize draft; edit and review of outline of issues; send to client. | 1.5 |
| AMI | 04/22/2021 | Tc with Marc Lemberg re: meeting tomorrow | 0.1 |
| TEI | 04/22/2021 | Meeting AMI re: preparation for meeting with client | 0.5 |
| AMI | 04/22/2021 | Meeting with TEI re: preparation for meeting with client | 0.5 |
| AMI | 04/22/2021 | Call from ML re: meeting | 0.2 |
| TEI | 04/23/2021 | Meeting with client to review outline. | 1 |
| AMI | 04/23/2021 | Meeting with client to review outline. | 1 |
| AMI | 04/29/2021 | Email setting meeting | 0.1 |
| | | Total Hours March and April | 49.5 |

 www.icelegal.com

June 1, 2021

Consulting work for Strategic Family, Inc., Hedgewick, LLC., Litigation Defense Strategies, LLC., & MEC Distribution, LLC. for May 2021.

| Timekeeper | Date | Description | Time |
|---|---|---|---|
| AMI | 05/06/2021 | Email scheduling meeting | 0.1 |
| AMI | 05/29/2021 | Review with TEI the working document to refresh for upcoming client meeting. | 0.4 |
| TEI | 05/29/2021 | Review with AMI the working document to refresh for upcoming client meeting. | 0.4 |
| AMI | 05/30/2021 | Meeting with Clients | 1 |
| TEI | 05/30/2021 | Meeting with Clients | 1 |
|  |  | Total | 2.9 |

Ice Legal, P.A.



www.icelegal.com

September 1, 2021

Consulting work for Strategic Family, Inc., Hedgewick, LLC., Litigation Defense Strategies, LLC., & MEC Distribution, LLC. for July 2021. No hours for August 2021.

| Timekeeper | Case | Date | Description | Time |
|---|---|---|---|---|
| TEI | Strategic Family, Inc. | 07/26/2021 | Meeting with Clients | 1 |
| AMI | Strategic Family, Inc. | 07/26/2021 | Meeting with Clients | 1 |
| | | | Total | 2 |

**Ice Legal, P.A.**



www.icelegal.com

November 1, 2021

Consulting work for Strategic Family, Inc., Hedgewick, LLC., Litigation Defense Strategies, LLC., & MEC Distribution, LLC. for October 2021.

| Timekeeper | Case | Date | Description | Time |
|---|---|---|---|---|
| AMI | Strategic Family, Inc. | 10/13/2021 | Research ABS structure as an alternative business model for debt settlement | 2 |
| TEI | Strategic Family, Inc. | 10/13/2021 | Research ABS structure as an alternative business model for debt settlement. | 1 |
| AMI | Strategic Family, Inc. | 10/27/2021 | Continue research prepare for meeting | 1.5 |
| TEI | Strategic Family, Inc. | 10/27/2021 | Continue research prepare for meeting | 0.5 |
| | | | Total Hours | 5 |



www.icelegal.com

December 1, 2021

Consulting work for Strategic Family, Inc., Hedgewick, LLC., Litigation Defense Strategies, LLC., & MEC Distribution, LLC. for October 2021.

| Timekeeper | Case | Date | Description | Time |
|---|---|---|---|---|
| AMI | Strategic Family, Inc. | 11/04/2021 | Meeting with team | 1 |
| TEI | Strategic Family, Inc. | 11/04/2021 | Meeting with team | 1 |
| | | | Total | 2 |

**Ice Legal, P.A.**



www.icelegal.com

January 1, 2022

Consulting work for Strategic Family, Inc., Hedgewick, LLC., Litigation Defense Strategies, LLC., & MEC Distribution, LLC. for December 2021.

| Timekeeper | Case | Date | Description | Time |
|---|---|---|---|---|
| AMI | Strategic Family, Inc. | 12/15/2021 | Call with Marc Lemberg | 1 |
| TEI | Strategic Family, Inc. | 12/15/2021 | Call with Marc Lemberg | 1 |

**Ice Legal, P.A.**



www.icelegal.com

May 1, 2022

Consulting work for Strategic Family, Inc., Hedgewick, LLC., Litigation Defense Strategies, LLC., & MEC Distribution, LLC. for April 2022.

| Timekeeper | Case | Date | Description | Time |
|---|---|---|---|---|
| AMI | Strategic Family, Inc. | 5/1/2022 | | 0 |
| TEI | Strategic Family, Inc. | 5/1/2022 | | 0 |

**Ice Legal, P.A.**



www.icelegal.com

June 1, 2022

Consulting work for Strategic Family, Inc., Hedgewick, LLC., Litigation Defense Strategies, LLC., & MEC Distribution, LLC. for May 2022.

| Timekeeper | Case | Date | Description | Time |
|---|---|---|---|---|
| AMI | Strategic Family, Inc. | 6/1/2022 | | 0 |
| TEI | Strategic Family, Inc. | 6/1/2022 | | 0 |

**Ice Legal, P.A.**



www.icelegal.com

July 1, 2022

Consulting work for Strategic Family, Inc., Hedgewick, LLC., Litigation Defense Strategies, LLC., & MEC Distribution, LLC. for June 2022.

| Timekeeper | Case | Date | Description | Time |
|---|---|---|---|---|
| AMI | Strategic Family, Inc. | 7/1/2022 | | 0 |
| TEI | Strategic Family, Inc. | 7/1/2022 | | 0 |

**Ice Legal, P.A.**



www.icelegal.com

August 1, 2022

Consulting work for Strategic Family, Inc., Hedgewick, LLC., Litigation Defense Strategies, LLC., & MEC Distribution, LLC. for July 2022.

| Timekeeper | Case | Date | Description | Time |
|---|---|---|---|---|
| AMI | Strategic Family, Inc. | 8/1/2022 | | 0 |
| TEI | Strategic Family, Inc. | 8/1/2022 | | 0 |

**Ice Legal, P.A.**



www.icelegal.com

September 1, 2022

Consulting work for Strategic Family, Inc., Hedgewick, LLC., Litigation Defense Strategies, LLC., & MEC Distribution, LLC. for August 2022.

| Timekeeper | Case | Date | Description | Time |
|---|---|---|---|---|
| AMI | Strategic Family, Inc. | 9/1/2022 | | 0 |
| TEI | Strategic Family, Inc. | 9/1/2022 | | 0 |

**Ice Legal, P.A.**



www.icelegal.com

October 1, 2022

Consulting work for Strategic Family, Inc., Hedgewick, LLC., Litigation Defense Strategies, LLC., & MEC Distribution, LLC. for September 2022.

| Timekeeper | Case | Date | Description | Time |
|---|---|---|---|---|
| AMI | Strategic Family, Inc. | 10/1/2022 | | 0 |
| TEI | Strategic Family, Inc. | 10/1/2022 | | 0 |

**Ice Legal, P.A.**



www.icelegal.com

November 1, 2022

Consulting work for Strategic Family, Inc., Hedgewick, LLC., Litigation Defense Strategies, LLC., & MEC Distribution, LLC. for October 2022.

| Timekeeper | Case | Date | Description | Time |
|---|---|---|---|---|
| AMI | Strategic Family, Inc. | 11/1/2022 | | 0 |
| TEI | Strategic Family, Inc. | 11/1/2022 | | 0 |

Ice Legal, P.A.



www.icelegal.com

March 1, 2023

Consulting work for Strategic Family, Inc., Hedgewick, LLC., Litigation Defense Strategies, LLC., & MEC Distribution, LLC. for February 2023.

| Timekeeper | Case | Date | Description | Time |
|---|---|---|---|---|
| AMI | Strategic Family, Inc. | 2/1/2023 | | 0 |
| TEI | Strategic Family, Inc. | 2/1/2023 | | 0 |

**Ice Legal, P.A.**



www.icelegal.com

April 1, 2023

Consulting work for Strategic Family, Inc., Hedgewick, LLC., Litigation Defense Strategies, LLC., & MEC Distribution, LLC. for March 2023.

| Timekeeper | Case | Date | Description | Time |
|---|---|---|---|---|
| AMI | Strategic Family, Inc. | 3/1/2023 | | 0 |
| TEI | Strategic Family, Inc. | 3/1/2023 | | 0 |

**Ice Legal, P.A.**