# L | L

May 23, 2025

Hon. Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614
Tel: (585) 613-4320

Re: McNamara, as Receiver v. Ice Legal, P.A. (Case No. 1:25-CV-00275)

Dear Judge Wolford:

On behalf of the Defendants, this is in response to Mr. Smith's letter to Your Honor of May 22, 2025 (Dkt. 25). The Defendants would agree to an order denying the current pre-answer motions as moot, without prejudice to filing new pre-answer motions within 14 days per Rule 15(a) Fed. R. Civ. P.

As for arbitration, I believe that letters such as these are inappropriate to argue the applicability of the arbitration clause, or for that matter, to propose agreements about arbitration that have never been presented to the Defendants. The Defendants' position regarding arbitration will be briefed in the renewed pre-answer motions.

Sincerely,

/s/ Amanda Lundergan

Amanda L. Lundergan, Esq.

cc: James C. Thoman, Esq.
    Logan D. Smith, Esq.
    Alexander D. Wall, Esq.