**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

THOMAS W. MCNAMARA, as the Court-Appointed Receiver for StratFS, LLC (f/k/a Strategic Financial Solutions, LLC), et al.,

Plaintiff,

vs.

ICE LEGAL, P.A., a Florida Profit Corporation, THOMAS ICE, an individual, and ARIANE ICE, an individual,

Defendants.

Case No. 1:25-CV-00275

**NOTICE OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

**ORAL ARGUMENT REQUESTED**
**NOTICE OF INTENT TO FILE REPLY**

| | |
|---|---|
| Moving Parties: | Defendants, Ice Legal, P.A., Thomas Ice and Ariane Ice |
| Date and Time | To be determined by the Court. |
| Place: | Robert H. Jackson United States Courthouse 2 Niagara Square, Buffalo, New York 14202 |
| Supporting Papers: | Memorandum in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction |
| Answering Papers: | To be filed on a schedule determined by the Court. The moving parties intend to file a reply. |
| Relief Requested: | An order dismissing the case for lack of subject matter jurisdiction under Rule 12(b)(1) Fed. R. Civ. P. |
| Grounds For Relief: | Rule 12(b)(1) Fed. R. Civ. P. |

Oral Argument: The Defendants request oral argument.

Dated: June 4, 2025

**Lundergan Legal, LLC**

*/s/ Amanda L. Lundergan*
Amanda L. Lundergan, Esq.
Post Office Box 211474
Royal Palm Beach, FL 33421
Direct: (561) 779-4126
Assistant: (561) 629-2643
Email: amanda@lunderganlegal.com

*Attorneys for Defendants,*
*Ice Legal, P.A., Thomas Ice and*
*Ariane Ice*