## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

THOMAS W. MCNAMARA, as the Court-
Appointed Receiver for StratFS, LLC (f/k/a
Strategic Financial Solutions, LLC), et al.,

Plaintiff,

vs.

ICE LEGAL, P.A., a Florida Profit Corporation,
THOMAS ICE, an individual, and ARIANE ICE,
an individual,

Defendants.

Case No.
1:25-CV-00275

## NOTICE OF MOTION TO UN-RELATE AND REASSIGN CASE
## TO A DIFFERENT JUDGE AND MAGISTRATE

### ORAL ARGUMENT REQUESTED
### NOTICE OF INTENT TO FILE REPLY

| | |
|---|---|
| Moving Parties: | Defendants, Ice Legal, P.A., Thomas Ice and Ariane Ice |
| Date and Time | To be determined by the Court. |
| Place: | Robert H. Jackson United States Courthouse 2 Niagara Square, Buffalo, New York 14202 |
| Supporting Papers: | Memorandum in Support of Motion to Un-relate and Reassign Case to a Different Judge and Magistrate |
| Answering Papers: | To be filed on a schedule determined by the Court. The moving parties intend to file a reply. |
| Relief Requested: | An order un-relating this case and reassigning to a random judge. |

Grounds For Relief:                    There is no factual or legal overlap between
                                       the purported "related" cases.

Oral Argument:                         The Defendants request oral argument.


Dated: July 25, 2025


<div style="margin-left: 40%;">

**Lundergan Legal, LLC**

*/s/ Amanda L. Lundergan*
Amanda L. Lundergan, Esq.
Post Office Box 211474
Royal Palm Beach, FL 33421
Direct: (561) 779-4126
Assistant: (561) 629-2643
Email:  amanda@lunderganlegal.com

*Attorneys for Defendants,*
*Ice Legal, P.A., Thomas Ice and*
*Ariane Ice*

</div>