UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Receiver for StratFS, LLC (f/k/a Strategic Financial Solutions, LLC), et al., | Case No. 1:25-cv-00275-EAW-MJR |
| Plaintiff, | |
| vs. | |
| ICE LEGAL, P.A., a Florida Profit Corporation, THOMAS ICE, an individual, and ARIANE ICE, an individual, | |
| Defendants. | |

### DECLARATION OF AMANDA LUNDERGAN

I, Amanda Lundergan, state as follows:

1. Pursuant to Rule 7(a)(3) L. R. Civ. P., I submit this declaration in support of Ice Legal's Motion to Un-relate and Reassign Case to a Different Judge and Magistrate.

2. To the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the factual statements in the supporting memorandum for the above-referenced motion are true and correct.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

Executed on July 25, 2025.

/s/Amanda Lundergan
Amanda Lundergan
