UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Receiver for StratFS, LLC (f/k/a Strategic Financial Solutions, LLC), et al.,<br><br>Plaintiff,<br><br>vs.<br><br>ICE LEGAL, P.A., a Florida Profit Corporation, THOMAS ICE, an individual, and ARIANE ICE, an individual,<br><br>Defendants. | Case No.<br>1:25-cv-00275-EAW-MJR |

**NOTICE OF ICE LEGAL'S MOTION FOR PERMISSION TO FILE MOTION FOR RECONSIDERATION OF ORDER APPROVING SETTLEMENT**

**ORAL ARGUMENT REQUESTED
NOTICE OF INTENT TO FILE REPLY**

| | |
|---|---|
| Moving Parties: | Ice Legal, P.A., Thomas Ice and Ariane Ice ("Ice Legal") |
| Date and Time | To be determined by the Court. |
| Place: | Robert H. Jackson United States Courthouse 2 Niagara Square, Buffalo, New York 14202 |
| Supporting Papers: | Memorandum in Support of Ice Legal's Motion for Permission to File Motion for Reconsideration of Order Approving Settlement |
| Answering Papers: | To be filed on a schedule determined by the Court. The moving parties intend to file a reply. |
| Relief Requested: | An order permitting the filing of a Motion for Reconsideration of the Order approving the |

|  |  |
|---|---|
|  | Settlement between McNamara and CIBC (*Main Case*, Dkt. 805) |
| Grounds For Relief: | The Order in the *Main Case* should be reconsidered under Rule 54(b) Fed. R. Civ. P. to correct clear error and prevent manifest injustice, but a previous ruling in the *Main Case* indicates that all Ice Legal motions with respect to events in the *Main Case* can, and should, be adjudicated in this case. |
| Oral Argument: | The Defendants request oral argument. |

Dated: October 1, 2025

**Lundergan Legal, LLC**

*/s/ Amanda L. Lundergan*
Amanda L. Lundergan, Esq.
Post Office Box 211474
Royal Palm Beach, FL 33421
Direct: (561) 779-4126
Assistant: (561) 629-2643
Email:  amanda@lunderganlegal.com

*Attorneys for Ice Legal, P.A., Thomas Ice and Ariane Ice*