## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Receiver for StratFS, LLC (f/k/a Strategic Financial Solutions, LLC), et al., | Case No. 1:25-cv-00275-EAW-MJR |
| Plaintiff, | |
| vs. | |
| ICE LEGAL, P.A., a Florida Profit Corporation, THOMAS ICE, an individual, and ARIANE ICE, an individual, | |
| Defendants. | |

### DECLARATION OF AMANDA LUNDERGAN

I, Amanda Lundergan, state as follows:

1.        Pursuant to Rule 7(a)(3) L. R. Civ. P., I submit this declaration in support of Ice Legal's Motion for Permission to File Motion for Reconsideration of Order Approving Settlement and supporting memorandum.

2.        To the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the factual statements in the above-referenced motion documents are true and correct.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

Executed on October 1, 2025.

/s/Amanda Lundergan
Amanda Lundergan

1