UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Receiver for StratFS, LLC (f/k/a Strategic Financial Solutions, LLC); et al.,<br><br>Plaintiff,<br><br>vs.<br><br>ICE LEGAL, P.A., a Florida Profit Corporation, THOMAS ICE, an individual, and ARIANE ICE, an individual,<br><br>Defendants. | Case No. 1:25-cv-00275-EAW-MJR |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims, crossclaims and counterclaims stated therein against all parties, with each party to bear its own attorneys' fees and costs.

The parties further stipulate and agree that, pursuant to the settlement, the Court shall retain jurisdiction to enforce the settlement agreement, if necessary.

**IT IS SO STIPULATED.**

Dated: February 13, 2026                          **MCNAMARA SMITH LLP**

By:     /s/ Logan D. Smith
Logan D. Smith  (*Pro Hac Vice*)
*Attorneys for Plaintiff Court-appointed Receiver,*
*Thomas W. McNamara*

Dated: February 13, 2026                          **LUNDERGAN LEGAL, LLC**

By:     /s/ Amanda L. Lundergan
Amanda L. Lundergan, Esq.
*Attorney for Defendants Ice Legal, P.A., Thomas*
*Ice, and Ariane Ice*

1

## CONSENT CERTIFICATION

I, Logan D. Smith, hereby certify that the contents of the **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** is acceptable to counsel for the Defendants, who has authorized me to affix her CM/ECF electronic signature to this Joint Stipulation.

By: /s/ Logan D. Smith
Logan D. Smith

2